IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DAVID KEMP                                                                                    PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 1:16-CV-134-LG-RHW

RAYMOND GEGENHEIMER                                                                DEFENDANT

### JUDGMENT OF DISMISSAL

THIS CASE having come on for hearing on the motion *ore tenus* of the Plaintiff, David Kemp, for an order dismissing the Complaint against Raymond Gegenheimer, and the Court, being advised that the Plaintiff's claims against Raymond Gegenheimer have been fully compromised and settled and that all counsel have agreed to the entry of this judgment, does find that the motion is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that the Plaintiff's Complaint against Raymond Gegenheimer be and the same is hereby dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED AND ADJUDGED this the 5th day of July, 2016.

_____
U.S. District Judge

AGREED:

_____
Jason Ruiz, Esquire
Attorney for Plaintiff

_____
Donald C. Dornan, Jr., Esquire
Attorney for Defendant